IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLEO BERGERON,

    Plaintiff,

v.                                    CASE NO. 4:16cv396-RH/CAS

POLLACK & ROSEN,
MARK E. POLLACK,
and JOSEPH F. ROSEN,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 11, the objections, ECF No. 12, and the response to the objections, ECF No. 13. I have reviewed de novo the issues raised by the objections, to the extent they are intelligible. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "This claims of the plaintiff Cleo Bergeron against the defendants Pollack & Rosen, Mark E. Pollock, and Joseph F. Rosen are dismissed for failure to state a claim on which relief can be granted."

3. The clerk must close the file.

SO ORDERED on February 21, 2017.

s/Robert L. Hinkle<br>United States District Judge